```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
                                                ELECTRONICALLY FILED
                                                DOC #: _____
                                                DATE FILED: 7/7/2021
```

-------------------------------------------------------X
                                        :

TYRELL SMALL,                           :

                         Plaintiff,:

                             :            1:21-cv-1527-GHW

        -against-               :                <u>ORDER</u>

                             :

NEW YORK CITY DEPARTMENT OF     :
EDUCATION, et al.,                   :

                             :

                    Defendants.:

-------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

    The Court has received Defendants' July 6, 2021 motion to dismiss, Dkt. No. 18. Plaintiff's opposition to Defendants' motion is due no later than August 9, 2021. Defendants' reply, if any, is due no later than one week following service of Plaintiff's opposition.

    SO ORDERED.

Dated: July 7, 2021
New York, New York

                                                       _____
                                                         GREGORY H. WOODS
                                                        United States District Judge