```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
TYRELL SMALL,                                                     :
                                                                  :
                                              Plaintiff,          :    1:21-cv-1527-GHW
                                                                  :
                         -v -                                     :    ORDER
                                                                  :
VALERIE PAUL, et al.,                                             :
                                                                  :
                                              Defendant.          :
                                                                  :
----------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/2023

GREGORY H. WOODS, United States District Judge:

This order modifies the location of the initial pretrial conference in this case. *See* Dkt. No. 39. That conference will now be held in **Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007**. The date and time of the conference (January 25, 2023 at 4:00 p.m.) are unchanged from the Court's prior order.

SO ORDERED.

Dated: January 18, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge