UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                        :
TYRELL SMALL,                                           :
                                                        :
                                   Plaintiff,           :
                                                        :
                        -v -                            :
                                                        :
NEW YORK CITY DEPT. OF EDUCATION and :
VALERIE PAUL,                                           :
                                                        :
                                   Defendants.          :
                                                        :
------------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/4/2023

1:21-cv-1527-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On July 3, 2023, counsel for Defendants filed a proposed stipulation and order to be entered under F.R.E. 502, Dkt. No. 50, and a proposed stipulation and order regarding the confidentiality of documents produced in discovery in this case.  Dkt. No. 51.  The Court declines to enter either order.  In the order scheduling the initial pretrial conference in this case, the Court ordered the parties to review and comply with its Individual Rules of Practice in Civil Cases.  Dkt. No. 39.  The parties failed to comply with the Court's Individual Rules.  Rule 1(F) requires the submission of a joint letter accompanying proposed orders and stipulations such as the one presented to the Court at Dkt. No. 50.  And Rule 4(D) establishes a protocol for parties who wish to obtain a protective order.  The parties failed to comply with both of these rules.

The parties are again directed to review and comply with the Court's Individual Rules of Practice in Civil Cases.  Any renewed submission must be made in compliance with the Court's Individual Rules of Practice.  The additional work required from the parties now would have been readily avoided had the parties--particularly the Office of the Corporation Counsel, which practices

regularly before this Court--complied with the rules from the outset, as ordered.

     SO ORDERED.

Dated: July 4, 2023
     New York, New York

                                                GREGORY H. WOODS
                                        United States District Judge