```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
TYRELL SMALL,                                                        :
                                                                     :
                                        Plaintiff,                   :    1:21-cv-1527-GHW
                                                                     :
                        -v -                                         :    ORDER
                                                                     :
VALERIE PAUL, *et al.*,                                              :
                                                                     :
                                        Defendant.                   :
                                                                     :
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On July 11, 2023, the parties submitted a proposed stipulated confidentiality agreement and protective order. Dkt. No. 53-1. However, the order was unsigned. As a result, the request to enter the order is DENIED WITHOUT PREJUDICE; should the parties wish for the Court to enter such an order, they should resubmit a signed order in accordance with the Court's rules.

SO ORDERED.

Dated: July 11, 2023
       New York, New York

                                                    _____
                                                          GREGORY H. WOODS
                                                       United States District Judge