Case 1:21-cv-01527-GHW   Document 64   Filed 09/15/23   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/2023

-----------------------------------------------------------------X

TYRELL SMALL,

                Plaintiff,

-v –

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

                Defendants.

-----------------------------------------------------------------X

1:21-cv-1527-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On September 13, 2023, the Court ordered this case to be referred to the Court-annexed mediation program. Dkt. No. 63.

IT IS ORDERED that the Clerk of Court shall locate pro bono counsel to represent the plaintiff at the mediation. The time to assign a mediator under Local Rule 83.9 and the Court's Mediation Program Procedures will be deferred until pro bono counsel has filed a Notice of Limited Appearance of Pro Bono Counsel. Pro bono counsel will represent the plaintiff solely for purposes of the mediation, and that representation will terminate at the conclusion of the mediation process.

IT IS FURTHER ORDERED that any objection by the plaintiff to either the mediation or to the appointment of pro bono counsel to represent the plaintiff in the mediation must be filed within 14 days of this order.

The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: September 15, 2023
       New York, New York

                                                GREGORY H. WOODS
                                               United States District Judge