```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                                                                :
TYRELL SMALL,                                                   :
                                                                :
                              Plaintiff,                        :     1:21-cv-1527-GHW
                                                                :
              -v –                                              :     ORDER
                                                                :
NEW YORK CITY DEPARTMENT OF                                     :
EDUCATION, et al.,                                              :
                              Defendants.                       :
                                                                :
--------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/2023

GREGORY H. WOODS, United States District Judge:

On September 13, 2023 the Court referred this case for mediation to the Court-annexed mediation program. Dkt. No. 63. The Court also ordered the parties to provide a status update letter by November 13, 2023. *Id.* The Court has not received that submission. The parties are ordered to comply with the Court's September 13, 2023 order forthwith, and in any event no later than November 20, 2023.

The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: November 15, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge