```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
:
TYRELL SMALL,                                                   :
                                                                :
                                   Plaintiff,                   :   1:21-cv-1527-GHW
                                                                :
                  -v –                                          :   ORDER
NEW YORK CITY DEPARTMENT OF                                     :
EDUCATION, *et al.*,                                            :
                                                                :
                                   Defendants.                  :
                                                                :
--------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      On March 5, 2024, counsel for Defendants filed a discovery-related document on the docket of this case. Dkt. No. 70. On March 9, 2024, the Court ordered Defendants to show cause no later than March 14, 2024 why this submission should not be stricken from the docket. Dkt. No. 73. Defendants have failed to do so. Therefore, the Clerk of Court is directed to strike Dkt. No. 70 from the docket and to mail a copy of this order to Plaintiff.

      SO ORDERED.

Dated: March 18, 2024
       New York, New York

_____
GREGORY H. WOODS
United States District Judge